# United States District Court

──────── STATE AND DISTRICT OF COLORADO ────────

**UNITED STATES OF AMERICA**

726555        JUN 1 3 2006

v.

**WARRANT FOR ARREST**

**MICHAEL ANTHONY ROMERO,**

CASE NUMBER: 03-1033 M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Mark Anthony Romero__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n) Indictment

charging him/her with (brief description of offense) knowingly or intentionally possessing with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and (b)(1)(B)__

PATRICIA A CRAO             U S MAGISTRATE JUDGE
Name of Issuing Officer      Title of Issuing Officer

[signature]                  Denver, Colorado   1/29/03
Signature of Issuing Officer  Date and Location

BAIL FIXED AT $_____ by_____
                              Name of Judicial Officer

```
RETURNED UNEXECUTED PER:
  X  Indictment
_____ Court Appearance
_____ Collateral Forfeiture
_____ Dismissal
_____ Other: _____
DATE: 6/7/06
BY: Billy Huffman
```

| | RETURN | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |